**Order entered September 21, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00734-CV

### CHARLES RILEY CONSTANT, Appellant

### V.

### GEORGE GILLESPIE, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09846**

### ORDER

Before the Court is appellant's September 17, 2020 motion for an extension of time to file his brief on the merits. By post-card notice dated September 18, 2020, the Court informed appellant that the brief he attempted to file was rejected because the appendix to the brief was not electronically bookmarked. *See* TEX. R. APP. P. 9.4(h). The Court instructed appellant to file a corrected brief within three days. In light of these circumstances, we **GRANT** appellant's motion to the extent that he shall file his corrected brief on or before **September 25, 2020**.

/s/    ERIN A. NOWELL
           JUSTICE